UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THONG CAO, Individually and d/b/a CAO PROPERTIES & RENTALS, MAI CAO, VAN T. LE, and TONG NGUYEN,<br><br>    Defendants. | Case No.  6:17-cv-01310-EFM-KGG |

## DEFENDANTS' SECOND AMENDED
## FINAL WITNESS AND EXHIBIT DISCLOSURES

Defendants submit their Second Amended Final Witness and Exhibit Disclosures pursuant to Fed. R. Civ. P. 26(a)(3) and the Court's Trial Scheduling Order (Doc. 68).

## WITNESSES LIKELY TO BE CALLED

1. Defendant Thong Cao.  See deposition transcript for general content of expected testimony.

2. Defendant Mai Cao.  See deposition transcript for general content of expected testimony.

3. Michelle Nguyen.  She is expected to testify consistent with her deposition transcript.

4. William Roberts, 836 N. Oliver, Apt. 1, Wichita, KS  67208.  He is expected to testify consistent with his deposition transcript.

5. Kurt Holmes, 445 N. Waco, Wichita, KS  67202.  He is expected to testify regarding the eviction proceedings of defendants' tenants in which he was involved.

6. Minh Peng, 1750 N. Fairview Avenue, Wichita, KS  67203.  She is expected to testify regarding her work for defendants and the evictions of certain tenants.

7. Angelica Hutton, 836 N. Oliver, Wichita, KS 67208. She is expected to testify regarding her experience as a tenant of the defendants.

## EXHIBITS LIKELY TO BE OFFERED

401. Depo. Ex. 25 – Cao Properties Rental Form Lease Agreement

402. Depo. Ex. 26 – 4/13/11 Lease of Rhonisha Bryant

403. Depo. Ex. 27 – October 2011 Eviction Pleadings Against Rhonisha Bryant

404. Depo. Ex. 28 – June 2011 Eviction Pleadings Against Andre Lee Meyer

405. Depo. Ex. 29 – 5/28/13 Lease of Melissa Ann Davis

406. Depo. Ex. 30 – 10/1/12 Lease of Chanita Colbert

407. Depo. Ex. 31 – 6/3/11 Rent Payment Receipt to April Goodman

408. Depo. Ex. 32 – September 2011 Eviction Pleadings Against April Goodman

409. Depo. Ex. 33 – 11/5/11 Lease of Jacques Rikeyla Lache

410. Depo. Ex. 34 – March 2012 Eviction Pleadings Against Jacques Rikeyla Lache

411. Depo. Ex. 35 – July 2010 Eviction Pleadings Against Kevin McGil Vray

412. Depo. Ex. 36 – 9/3/12 Lease of Christina Houston

413. Depo. Ex. 37 – May 2013 Eviction Pleadings Against Christina Houston

414. Depo. Ex. 38 – 2/1/12 Lease of Doris Johnson

415. Depo. Ex. 39 – 11/1/13 Lease of Kizzy McPherson

416. Depo. Ex. 40 – February 2014 Eviction Pleadings Against Kizzy McPherson

417. Depo. Ex. 41 – July 2010 Eviction Pleadings Against Kylee Page

418. Depo. Ex. 42 – March 2011 Eviction Pleadings Against Melissa George

419. Depo. Ex. 43 – April 2013 Eviction Pleadings Against Bridgette Roberts

420. Depo. Ex. 44 – 5/30/11 Lease of Dawn Warren-Parker

421. Depo. Ex. 45 – 8/1/11 Lease of Dawn Warren-Parker

422. Depo. Ex. 46 – 2/22/11 Lease of Michael C. Dixon

423. Depo. Ex. 47 – 8/1/11 Lease of Irene Deere

424. Depo. Ex. 48 – 2/14/13 Lease of Tonya Sheri Wilson

425. Depo. Ex. 49 – April 2013 Eviction Pleadings of Tonya Wilson

426. Depo. Ex. 50 – 2/1/14 Lease of Malika Hollumn

427. Depo. Ex. 51 – 7/16/14 Three Day Notice to Terminate Tenancy to Malika Hollumn

428. Depo. Ex. 52 – July 2014 Eviction Pleadings of Malika Hollumn

429. Depo. Ex. 53 – 8/30/09 Lease of Ruth Wright (1623 E. Crowley)

430. Depo. Ex. 54 – 11/1/09 Lease of Ruth Wright (1619 E. Crowley)

431. Depo. Ex. 55 – 12/23/10 Lease of Ruth Wright (6100 W. York)

432. Depo. Ex. 56 – June 2014 Eviction Pleadings of Ruth Wright

433. Transcript of Oral Proceedings before the Honorable Clark Owens, Pro Tem, of the Eighteenth Judicial District Court, on the 14th day of August, 2014, Case No. 14 DM 5033, Malika Hollumn v. Thong Cao

434. 10/26/08 Lease of Shawn Dwayne Hutton and Angelica Hutton (826 N Oliver, #1)

435. 07/25/12 Lease of Angelica and Shawn Hutton (826 N. Oliver, #3)

436. 01/12/15 Lease of Shawn and Angelica Hutton (826 N. Oliver, #2)

437. 9/10/12 Lease of William Roberts (1622 E. Tulsa)

438. 10/27/14 Lease of William Roberts (836 N. Oliver, #1)

439. 6/20/19 Certified Letter to Dawn Warren to Schedule Interview with Signed Return Receipt (1602 N. Glendale St., Wichita, KS)

440. 6/28/2019 Certified Letter to Dawn Warren to Schedule Interview with Returned Envelope (3952 E. Ross Parkway, Wichita, KS)

441. 6/28/2019 Certified Letter to Dawn Warren to Schedule Interview with Returned Envelope (1602 N. Glendale Ave., Wichita, KS)

442. 7/9/19 Letter to Dawn Warren Confirming Refusal to Schedule Interview (1602 N. Glendale St., Wichita, KS)

443. 6/20/19 Certified Letter to Rhonisha Bryant to Schedule Interview with Returned Envelope (1637 N. Hydraulic St., Wichita, KS)

444. 6/20/19 Certified Letter to Rhonisha Bryant to Schedule Interview with Signed Return Receipt (5329 E. Ashton Street, Bel Aire, KS)

445. 7/9/19 Letter to Rhonisha Bryant Confirming Refusal to Schedule Interview (5329 E. Ashton Street, Bel Aire, KS)

446. 6/20/19 Certified Letter to Sherry Wilson to Schedule Interview with Returned Envelope (3232 S. Clifton, Wichita, KS)

447. 6/20/19 Certified Letter to Sherry Wilson to Schedule Interview with Signed Return Receipt (1723 S. Topeka, Wichita, KS)

448. 7/9/2019 Letter to Sherry Wilson Confirming Refusal to Schedule Interview (1723 S. Topeka, Wichita, KS)

449. 6/20/19 Certified Letter to Melissa Pouncil to Schedule Interview with Signed Return Receipt (501 W. Zimmerly Street, Wichita, KS)

450. 6/20/19 Certified Letter to Melissa Pouncil to Schedule Interview with Signed Return Receipt (1833 S. Exchange St., Wichita, KS)

451. 7/9/2019 Letter to Melissa Pouncil Confirming Refusal to Schedule Interview (1833 S. Exchange St., Wichita, KS)

452. 6/20/19 Certified Letter to Rebecca Page to Schedule Interview with Returned Envelope (888 S. Hydraulic St., Apt. 234, Wichita, KS)

453. 6/20/19 Certified Letter to Rebecca Page to Schedule Interview with Signed Return Receipt (411 W. Euclid Ave., Waukomis, OK 73773)

454. 6/28/19 Certified Letter to Rebecca Page to Schedule Interview with Returned Envelope (4310 S. Timbercreek Ave., Apt. 10, Battlefield, MO 66619)

455. 7/9/2019 Letter to Rebecca Page Confirming Refusal to Schedule Interview (P.O. Box 184, Waukomis OK)

456. 6/21/19 Certified Letter to Rebecca Olsen to Schedule Interview with Returned Envelope (1401 S. Seneca, Wichita, KS)

457. 6/21/19 Certified Letter to Rebecca Olsen to Schedule Interview with Returned Envelope (114 E. 4th St., Burden, KS)

458. 6/28/19 Certified Letter to Rebecca Olsen to Schedule Interview with Returned Envelope (1455 N. Smith Ct., Apt. 4, Wichita, KS)

459. 7/9/2019 Letter to Rebecca Olsen Confirming Refusal to Schedule Interview (1401 S. Seneca, Wichita, KS)

460. 6/21/19 Certified Letter to Bridgette Roberts to Schedule Interview with Returned Envelope (1203 E. Mt. Vernon St., Wichita, KS)

461. 6/21/19 Certified Letter to Bridgette Roberts to Schedule Interview with Returned Envelope (2201 E. Macarthur Road, Lot A15, Wichita, KS)

462. 7/9/2019 Letter to Bridgette Roberts Confirming Refusal to Schedule Interview (1203 E. Mt. Vernon St., Wichita, KS)

463. 6/20/19 Certified Letter to Inez Deere to Schedule Interview with Returned Envelope (1305 SW Western Ave., Apt. 1, Topeka, KS)

464. 6/20/19 Certified Letter to Inez Deere to Schedule Interview with Returned Envelope (1610 E. 15th Street N., Wichita, KS)

465. 6/25/19 Certified Letter to Inez Deere to Schedule Interview with Returned Envelope (1417 N. Piatt Ave., Wichita, KS)

466. 8/19/19 Certified Letter to Inez Deere to Schedule Interview with Returned Envelope (346 N. Mathewson Ave., Wichita, KS)

467. 8/19/19 Certified Letter to Inez Deere to Schedule Interview with Returned Envelope (835 S. Terrace Drive, Wichita, KS)

468. 8/19/19 Letter to Inez Deere to Schedule Interview with Returned Envelope (PO Box 16565, Wichita, KS)

469. 8/26/19 Certified Letter to Inez Deere to Schedule Interview with Returned Envelope (346 N. Mathewson Ave., Apt. 1, Wichita, KS)

470. 9/16/19 E-Mail to Inez Deere to Schedule Interview (irenedeere77@gmail.com)

471. 6/20/19 Certified Letter to April Goodman to Schedule Interview with Signed Return Receipt (1935 S. Lorraine Ave., Wichita, KS)

472. 9/16/19 E-Mail to April Goodman to Schedule Interview (goodmanapril326@yahoo.com)

473. 6/20/19 Certified Letter to Kizzy McPherson to Schedule Interview with Returned Envelope (1809 Self Circle, Apt. C, Jonesboro, AR)

6

474. 8/19/19 Certified Letter to Kizzy McPherson to Schedule Interview with Signed Return Receipt (1809 Self Circle, Apt. C, Jonesboro, AR)

475. 8/19/19 Letter to Kizzy McPherson to Schedule Interview (1809 Self Circle, Apt. C, Jonesboro, AR)

476. 9/16/19 E-Mail to Kizzy McPherson to Schedule Interview (Multiple E-Mail Addresses)

477. 6/20/19 Certified Letter to Christina Houston to Schedule Interview with Returned Envelope (529 SE 36th St., Topeka, KS 66605)

478. 6/20/19 Certified Letter to Christina Houston to Schedule Interview with Signed Return Receipt (324 SE Chandler St., Topeka, KS 66607)

479. 9/17/19 E-Mail to Christina Houston to Schedule Interview (Multiple E-Mail Addresses)

480. 9/17/19 E-Mail to Christina Houston to Schedule Interview (houstonchristina84@gmail.com)

481. 9/17/19 E-Mail to Christina Houston to Schedule Interview (lovehouston86@gmail.com)

482. 9/17/19 E-Mail to Christina Houston to Schedule Interview (lovehouston36@gmail.com)

483. 9/17/19 E-Mail to Christina Houston to Schedule Interview (christina.houston@sbcglobal.net)

484. 9/17/19 E-Mail to Christina Houston to Schedule Interview (christinah_86@yahoo.com)

485. 6/20/19 Certified Letter to Jessyca Cox to Schedule Interview with Returned Envelope (203 N. Brunswick St., Apt. 1, Wichita, KS)

486. 8/19/19 Certified Letter to Jessyca Cox to Schedule Interview with Returned Envelope (1401 S. Seneca, Wichita, KS)

487. 9/17/19 Letter to Jessyca Cox to Schedule Interview (203 N. Brunswick St., Apt. 1, Wichita, KS)

488. 6/20/19 Certified Letter to Tonya Wilson to Schedule Interview with Returned Envelope (1207 N. Elm St., Hutchinson, KS)

489. 6/20/19 Certified Letter to Tonya Wilson to Schedule Interview with Signed Return Receipt (100 E. 15th St., Hutchinson, KS)

490. 9/17/19 E-Mail to Tonya Wilson to Schedule Interview (Multiple E-Mail Addresses)

491. 9/17/19 E-Mail to Tonya Wilson to Schedule Interview (tonyawilson3290@yahoo.com)

492. 6/21/19 Certified Letter to Doris Johnson to Schedule Interview with Signed Return Receipt (4210 E. Whitney Lane, Wichita, KS)

493. 9/17/19 E-Mail to Doris Johnson Wilson to Schedule Interview (johnsondoris80@gmail.com)

494. 9/17/19 E-Mail to Doris Johnson Wilson to Schedule Interview (dorisj128@gmail.com)

495. 9/17/19 E-Mail to Doris Johnson Wilson to Schedule Interview (johnsondoris2017@gmail.com)

496. 6/21/19 Certified Letter to Jamie Herron to Schedule Interview with Returned Envelope (1510 W. Pawnee, Apt. 1206, Wichita, KS)

497. 8/26/19 Certified Letter to Jamie Herron to Schedule Interview with Returned Envelope (1341 S. Meridian Ave., Lot 12, Valley Center, KS)

498. 9/17/19 Letter to Jamie Herron to Schedule Interview (1510 W. Pawnee, Apt. 1206, Wichita, KS)

499. 9/17/19 E-Mail to Jamie Herron to Schedule Interview (jamieherron1622@gmail.com)

500. 9/17/19 E-Mail to Jamie Herron to Schedule Interview (jamieherron2216@gmail.com)

501. 9/17/19 E-Mail to Jamie Herron to Schedule Interview (Jamieherron1622@yahoo.com)

502. 6/21/19 Certified Letter to Kamilah Guest to Schedule Interview (7677 E. 21st St. N., Apt. 1712, Wichita, KS)

503. 8/19/19 Certified Letter to Kamilah Guest to Schedule Interview with USPS Tracking Report (7677 E. 21st St. N., Apt. 1712, Wichita, KS)

By: */s/ Stephen H. Netherton*
Don D. Gribble, II #12163
Stephen H. Netherton #26039
HITE, FANNING & HONEYMAN L.L.P.
100 North Broadway, Suite 950
Wichita, KS  67202-2209
Telephone:  316-265-7741
Facsimile:  316-267-7803
gribble@hitefanning.com
netherton@hitefanning.com
*Attorneys for Defendants Thong Cao and Mai Cao*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of January, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Stephen H. Netherton*
Stephen H. Netherton